George L. Niederst, defendant in error, v. Thomas D. Crowley, trading as Thomas D. Crowley and Company, plaintiff in error. Gen. No. 36,626.

Opinion filed February 7, 1934.

Andrew R. Sherriff, for plaintiff in error. Walter E. Beebe, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.